**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00494-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

NIKOS WARRENCE,

    Plaintiff,

v.

STATE OF COLORADO JUDICIAL SYSTEM,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Nikos Warrence currently resides in Leadville, Colorado. On February 24, 2016, Plaintiff submitted *pro se* an Application to Proceed in District Court Without Prepayment of Fees or Costs and a "Notice of Appeal" requesting an injunction to stop Summit County court case number 15m119.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that Plaintiff's filings are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) __  is not submitted
(2) __  is missing affidavit
(3) __  is missing a certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __  is missing certificate showing current balance in prison account
(5) __  is missing required financial information

(6) __        authorization to calculate and disburse filing fee payments is not given
(7) __        is missing an original signature by the prisoner
(8) _X_       is not on proper form (must use the Court-approved <u>long</u> form)
(9) __        names in caption do not match names in caption of complaint, petition or habeas application
(10) __       other :

**Complaint, Petition or Application**:
(11) _X_      is not submitted
(12) __       is not on proper form
(13) __       is missing an original signature by the prisoner
(14) __       is missing page nos.
(15) __       uses et al. instead of listing all parties in caption
(16) __       names in caption do not match names in text
(17) __       addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __       other:

Accordingly, it is

ORDERED that if Plaintiff shall cure the deficiencies designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain a Complaint form and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use the proper Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 1, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge